STATE OF NEW JERSEY v. MERILL HUNT.

February 19, 1982.

Petition for certification granted.

SUNRISE VILLAGE ASSOCIATES v. THE BOROUGH
OF ROSELLE PARK.

February 19, 1982.

Petition for certification denied.   (See 181 *N.J. Super.* 565)

STATE OF NEW JERSEY v. JOHNNIE J. PETERSON.

February 19, 1982.

Petition for certification denied.   (See 181 *N.J. Super.* 261)

RUTH OVERTON v. SINGER COMPANY.

February 19, 1982.

Petition for certification denied.